**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation (acting by and through its Department of Airports), *Third-Party-Plaintiff-Appellant*, | No. 15-56606 D.C. No. 2:13-cv-04057-SJO-PJW |
| v. | |
| AECOM SERVICES, INC.; TUTOR PERINI CORPORATION, *Third-Party-Defendants-Appellees*, | ORDER |
| and | |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; JAROTH, INC., *Third-Party-Defendants*. | |

Filed May 9, 2017

Before: MILAN D. SMITH, JR. and N.R. SMITH, Circuit Judges, and GARY FEINERMAN, District Judge.[*]

---

[*] The Honorable Gary Feinerman, United States District Judge for the Northern District of Illinois, sitting by designation.

**ORDER**

The Opinion filed in this matter on April 24, 2016, is hereby amended as follows: On page 5, line 3, "design and construct" is replaced with "provide design and construction administrative support services for."